IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-CR-00207 (JEB) |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| **CAMERON CLAPP,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Cameron Clapp, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the

Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by

breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.  Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant s Participation in the January 6, 2021, Capitol Riot*

8.  On January 6, 2021, between approximately 3:00 PM and 4:00 PM, Clapp was on the restricted grounds of the U.S. Capitol Building. At approximately 3:34 PM, Clapp entered the U.S. Capitol Building through the Northwest Door. At approximately 3:36 PM, Clapp took photos in the area near the Senate Wing Door. Clapp exited the U.S. Capitol Building through the Northwest Door at approximately 3:38 PM.

9.  After exiting the U.S. Capitol Building Clapp can be seen on open-source video saying: "I made it in but there's [pause] nobody's in, like everyone's leaving so [pause] I did my part. I'm . . . satisfied" (Figure 1).



Figure 1

10. Two videos found on Clapp's phone explain, in his own words, why Clapp was in Washington, D.C. on January 6, 2021. In the first video, taken on January 6, 2021, at approximately 1:38 PM, Clapp states the following: "Why I am here? . . . I am here because I don't take no for an answer, and I take accountability. . . . Our votes have been completely stolen and taken from us and it's our job, it's our job to take this country back and that's what we're doing here, that's why I'm here." In the second video, taken on January 6, 2021, at approximately 1:44 PM, Clapp states the following: "So I'm here, in D.C. on January 6, 2021. It's the day that Congress is certifying the electors, we'll see what happens. But I am here, why am I here? Well let's take it back, doctors said I would never walk again, I proved them wrong, I won't take no for an answer, and I am walking and I am walking and resonating with all the patriots here. . . . USA USA USA."

*Elements of the Offense*

11.    The parties agree that 40 U.S.C. § 5104(e)(2)(D) (disorderly and disruptive conduct in a Capitol Building or Grounds) requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

12.    The parties agree that 40 U.S.C. § 5104(e)(2)(G) (parading, demonstrating, or picketing in a Capitol Building) requires the following elements:

   a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

   b. Second, the defendant acted willfully and knowingly.

*Defendant s Acknowledgments*

13.    The defendant knowingly and voluntarily admits to all the elements as set forth above. First, regarding 40 U.S.C. § 5104(e)(2)(D), the defendant admits that he engaged in disorderly and disruptive conduct in the U.S. Capitol Building and grounds, he did so with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress, including the United States House of Representatives and the United States Senate sessions to certify the vote count of the Electoral College of the 2020 Presidential Election, and he acted willfully and knowingly. Second, regarding 40 U.S.C. § 5104(e)(2)(G), the

defendant admits that he paraded, demonstrated, and picketed in the U.S. Capitol Building, and he did so willfully and knowingly.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Pavan S. Krishnamurthy*
       PAVAN S. KRISHNAMURTHY
       Assistant United States Attorney
       D.C. Bar No. 252831
       601 D Street NW
       Washington, DC 20001
       (202) 252-7862
       pavan.krishnamurthy@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, Cameron Clapp, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7/5/2024

Cameron Clapp
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/5/2024

/s/ Erin Murphy
Erin Murphy
Attorney for Defendant
Federal Public Defender Office
321 E 2nd Street
Los Angeles, CA 90012