# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CAMERON CLAPP,<br><br>       Defendant. | Case No. 1:24-cr-00207-JEB |

## REQUEST TO WITHDRAW

    The undersigned Deputy Federal Public Defender, Erin M. Murphy, seeks to withdraw from the above-captioned case. Going forward, Defendant Cameron Clapp will be represented by William Lee Shipley who has already entered an appearance in this matter.

    Respectfully submitted,

DATED: August 26, 2024    By:   */s/ Erin M. Murphy*
    ERIN M. MURPHY
    Deputy Federal Public Defender
    (Cal. Bar No. 285087)
    Office of the Federal Public Defender
    321 East 2nd Street
    Los Angeles, CA 90012
    Telephone: (213) 894-5310
    Facsimile: (213) 894-0081
    (E-Mail: Erin_Murphy@fd.org)