UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 24-cr-00207-JEB** |
| ) | |
| **CAMERON CLAPP** ) | |
| ) | |
| **Defendant** ) | |

**DEFENDANT CAMERON CLAPP'S MOTION TO CONTINUE SENTENCING**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Cameron Clapp by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests that his Sentencing Hearing in this matter, currently set for October 10, 2024, be continued to October 16, 2024, at 11:00 am.

Currently, undersigned counsel is set for trial in *United States v. Lee*, 21-cr-00303-ZMF on October 9, 2024.

Undersigned was informed the Government's case in *Lee* will not conclude until the afternoon of October 10.

Undersigned has confirmed with the Government and does not oppose.

Wherefore, Defendant Clapp requests this Court to grant his Motion to Continue.

Dated: October 7, 2024                    Respectfully Submitted,

                                          _____
                                          William L. Shipley, Jr., Esq.
                                          PO BOX 745
                                          Kailua, Hawaii 96734
                                          Tel: (808) 228-1341
                                          Email: 808Shipleylaw@gmail.com

                                          *Attorney for Defendant*