UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 24-cr-00207-JEB |
| ) | |
| **CAMERON CLAPP** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

# DEFENDANT CAMERON CLAPP'S EMERGENCY MOTION TO CONTINUE SENTENCING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW comes Defendant Cameron Clapp by and through his undersigned counsel of record William L. Shipley Jr., and respectfully requests that his Sentencing Hearing in this matter, currently set for October 16, 2024, at 11:00 AM be continued for 60-days.

Undersigned was informed last night of Defendant Clapp's medical emergency. Defendant Clapp is a triple amputee with a prosthetic arm and two prosthetic legs. Defendant Clapp is suffering from a failure of both prosthetic legs and now is set for appointments October 14-18 at the Hanger Clinic in Salt Lake City, UT due to such failure.

Undersigned requested medical documentation from Defendant Clapp. Such documentation will be provided to the Court as it becomes available.

Wherefore, Defendant Clapp requests this Court to grant his Emergency Motion to Continue Sentencing for 60-days.

Dated: October 12, 2024                             Respectfully Submitted,

                                                    _____
                                                    William L. Shipley, Jr., Esq.
                                                    PO BOX 745
                                                    Kailua, Hawaii 96734
                                                    Tel: (808) 228-1341
                                                    Email: 808Shipleylaw@gmail.com

                                                    *Attorney for Defendant*