UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | **Case No. 24-cr-00207-JEB** |
| ) | |
| **CAMERON CLAPP** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**DEFENDANT CAMERON CLAPP'S SUPPLEMENT TO SENTENCING STATEMENT**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

Defendant Cameron Clapp, by and through his counsel of record William L. Shipley, respectfully submits this Supplement to his Sentencing Statement providing character letters attached herein.

Dated: October 12, 2024                    Respectfully Submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*